# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

|  |  |
|---|---|
| **ADVENTHEALTH and SHAWNEE MISSION MEDICAL CENTER, INC. (d/b/a ADVENTHEALTH SHAWNEE MISSION),**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**MACHINIFY (AIXO, INC. – APIXIO, LLC),**<br><br>**Defendant.** | **4:25CV3249**<br><br><br>**ORDER** |

This matter is before the Court following its Order dated February 27, 2026. (Filing No. 8).

Plaintiffs, AdventHealth and Shawnee Mission Medical Center, Inc. d/b/a AdventHealth Shawnee Mission, filed a motion (Filing No. 1) asking the Court to order a Rule 45 subpoena recipient, Machinify (Aixo, Inc. – Apixio, LLC), to show cause why it should not be held in contempt for failure to respond to a subpoena duces tecum issued by the United States District Court for the Western District of Missouri in connection with a civil action pending there, *Shawnee Mission Medical Center, Inc. v. Blue Cross and Blue Shield Of Kansas City*, Case No. 4:25-cv-00513-RK (W.D. Mo. July 2, 2025). Plaintiffs served the subpoena duces tecum on Machinify, a nonparty entity located in Palo Alto, California, and provided the place of compliance in Omaha, Nebraska.

In the February 27, 2026, Order, the Court stated it had "no evidence showing that Omaha, Nebraska is within 100 miles of where Machinify 'regularly transacts business in person'" as required under Fed. Civ. P. 45(c)(2)(A), and ordered Plaintiffs "to show cause why this Court has jurisdiction over Machinify such that directing compliance with the Rule 45 subpoena in Omaha, Nebraska is proper[.]" (Filing No. 8). The Court provided Plaintiffs until March 27, 2026, to make such a showing. To date, Plaintiffs have not done so. The Court warned Plaintiffs that "In the absence of such showing, the Court will deny Plaintiffs' motion without prejudice." Because Plaintiffs did not respond to the Court's Order, and because the Court still has no evidence showing

it has jurisdiction over Machinify such that directing compliance with the Rule 45 subpoena in Omaha, Nebraska is proper, Plaintiff's motion will be denied.  Accordingly,

**IT IS ORDERED:**

1.  Plaintiffs' motion (Filing No. 1) for an order to show cause against Machinify (Aixo, Inc. – Apixio, LLC) is denied, without prejudice.

2.  The Clerk of Court shall close this case for statistical purposes.


Dated this 30th day of March, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge